UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


BRASHARD DELANEY,

      Plaintiff,

                                       Case No. 2:24-cv-172

v.

                                       HON. JANE M. BECKERING

SARA SCHROEDER, et al.,

      Defendants.

_____/


## **ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  Defendant Roberts filed a Motion to Dismiss (ECF No. 37) and a Motion to strike Plaintiff's sur-reply (ECF No. 46).   The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 51) on April 15, 2026, recommending that this Court grant the motion to dismiss and deny the motion to strike.  The Report and Recommendation was duly served on the remaining parties that have appeared to date.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 51) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 37) is GRANTED. Defendant Roberts is terminated from this action.

**IT IS FURTHER ORDERED** that the Motion to strike Plaintiff's sur-reply (ECF No. 46) is DENIED.

This case proceeds as to Plaintiff's Eighth Amendment deliberate indifference claims against Defendants John Doe C/O #1 and Unknown Supervisor #1.


Dated: May 26, 2026                                      /s/ Jane M. Beckering
                                                          JANE M. BECKERING
                                                          United States District Judge