UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRASHARD DELANEY,

       Plaintiff,

v.

       Case No. 2:24-cv-172

SARA SCHROEDER, et al.,

       HON. JANE M. BECKERING

       Defendants.

_____/

**<u>ORDER</u>**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 1, 2026 (ECF No. 54), recommending that this Court dismiss the two remaining unnamed Defendants "John Doe Corrections Officer #1" and "Unknown Nurse Supervisor #1," and dismiss this case. The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed. *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 54) is APPROVED and ADOPTED as the Opinion of the Court.  Defendants "John Doe Corrections Officer #1" and "Unknown Nurse Supervisor #1" are DISMISSED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

---

[1] Plaintiff is the only remaining party in this matter that has appeared to date.

objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: August 7, 2026                                          /s/ Jane M. Beckering
                                                                   JANE M. BECKERING
                                                                   United States District Judge